UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) Case No.: 05-161M<br>v. )<br>)<br>JUAN LUIS SERRANO-ROBLES, ) DETENTION ORDER<br>)<br>Defendant. )<br>_____ ) | |

<u>Offense charged</u>:

Conspiracy to Distribute Methamphetamine (21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and § 846).

<u>Date of Detention Hearing</u>:   April 7, 2005

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   The Pretrial Services Report of April 7, 2005, indicate the defendant provided inconsistent information about citizenship.

(2)   The defendant has been involved in at least two immigration removal proceedings.

01  Also, he has been incarcerated for drug offenses at least twice, the last time occurring just prior
02  to his arrest in this case.

03  (3)  The defendant has used false names and had possession of false social security
04  cards.

05  (4)  There appear to be no conditions or combination of conditions that will reasonably
06  assure the defendant's appearance at future Court hearings and that will address the danger to
07  other persons or the community.

08  IT IS THEREFORE ORDERED:

09  (1)  Defendant shall be detained pending trial and committed to the custody of the
10  Attorney General for confinement in a correction facility separate, to the extent
11  practicable, from persons awaiting or serving sentences or being held in custody
12  pending appeal;

13  (2)  Defendant shall be afforded reasonable opportunity for private consultation with
14  counsel;

15  (3)  On order of a court of the United States or on request of an attorney for the
16  government, the person in charge of the corrections facility in which defendant is
17  confined shall deliver the defendant to a United States Marshal for the purpose of
18  an appearance in connection with a court proceeding; and

19  (4)  The Clerk shall direct copies of this Order to counsel for the United States, to
20  counsel for the defendant, to the United States Marshal, and to the United States
21  Pretrial Services Officer.

DATED this 8th day of April, 2005.

s/JAMES P. DONOHUE
United States Magistrate Judge